**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DWIGHT ANDRE CAMPBELL, | No. 4:25-CV-00702 |
| Petitioner, | (Chief Judge Brann) |
| v. | |
| SUPERINTENDENT SCI DALLAS,[1] | |
| Respondent. | |

**<u>ORDER</u>**

**AND NOW**, this 13th day of April 2026, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1.  Dwight Andre Campbell's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is **DISMISSED**.

2.  Campbell's motion for bail (Doc. 45), motion to show cause (Doc. 46), and motion to grant petition (Doc. 47) are **DISMISSED** as moot in light of paragraph 1 above.

3.  A certificate of appealability shall not issue, as Campbell has not made a substantial showing of the denial of a constitutional right, s*ee* 28 U.S.C. § 2253(c)(2), or that "jurists of reason would find it debatable" whether this Court's procedural rulings are correct, *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

---

[1]    Because Campbell is currently incarcerated at SCI Dallas, (*see* Doc. 48 at 3), and the superintendent of that facility is the only proper respondent in this Section 2254 habeas action, the Court will substitute "Superintendent SCI Dallas" as the correct respondent. *See Barry v. Bergen Cnty. Probation Dep't*, 128 F.3d 152, 162 (3d Cir. 1997) (citing *Braden v. 30th Jud. Cir. Ct. of Ky.*, 410 U.S. 484, 494-95 (1973)); 28 U.S.C. § 2254 Rule 2(a); *see also* 28 U.S.C. § 2242.

- 2 -

4.      The Clerk of Court is directed to **CLOSE** this case.


BY THE COURT:


*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge